IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-295-02 |
| ANDRE COLEMAN | : | |

# O R D E R

**AND NOW**, now this 6th day of January 2021, upon consideration of Defendant Andre Coleman's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 180), the Government's Response (ECF No. 184), Defendant's Reply (ECF No. 185), and all documents submitted in support thereof and in opposition thereto it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Mr. Coleman's sentence is reduced to time served.

3. Mr. Coleman must be immediately released from FCI Ray Brook subject to the following conditions:

    a. Upon his release from custody, Mr. Coleman shall begin serving the five-year period of supervised release imposed by this Court at sentencing. All previously-imposed conditions of supervised release remain unchanged.

    b. Mr. Coleman must remain in home quarantine at his sister Arlita Coleman's home for at least 14 days.

4. The Probation Office shall provide the Court with a status on Mr. Coleman's residence and transition shortly after the two-week quarantine period, and again on April 5, 2021.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**